IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | §   MISCELLANEOUS NO. H-11-510 |
| | § |
| MARK ALLAN JAMES | § |

## ORDER CLOSING CASE

The United States has moved to revoke the pretrial-release order for Mark Allan James. (Docket Entry No. 2). That motion has been heard and denied. This miscellaneous case is closed. Further proceedings will occur in the criminal case, *United States v. James*, Criminal No. H-11-869.

SIGNED on December 22, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge